# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN D. WILSON,<br><br>Petitioner<br><br>v.<br><br>THE PEOPLE,<br><br>Respondent. | Case No. CV 16-4735-DMG (GJS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: May 29, 2018

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE